# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CHESTER UPLAND SCHOOL DISTRICT AND CHICHESTER SCHOOL DISTRICT, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,

    Appellants

        v.

MICHAEL ROSSI, IN THE OFFICIAL CAPACITY AS THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF BEAVER COUNTY, PENNSYLVANIA, AND CATHY J. FETTER, IN THE OFFICIAL CAPACITY AS THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF BEDFORD COUNTY, PENNSYLVANIA, AND JONATHAN K. DELCOLLO IN THE OFFICIAL CAPACITY AS THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA, AND ROBIN G. PATTON IN THE OFFICIAL CAPACITY AS THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF BLAIR COUNTY, PENNSYLVANIA, AND DAWN CLOSE IN THE OFFICIAL CAPACITY AS THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF BRADFORD COUNTY, PENNSYLVANIA AND JUDITH REISS IN THE OFFICIAL CAPACITY AS THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF BUCKS COUNTY, PENNSYLVANIA, AND KELLY FERRARI IN THE OFFICIAL CAPACITY AS THE PROTHONOTARY OF THE COURT OF COMMON PLEAS OF BUTLER COUNTY, PENNSYLVANIA, AND LISA CRYNOCK IN THE OFFICIAL CAPACITY AS THE PROTHONOTARY OF THE

: No. 17 MAP 2023

: Appeal from the Order of the Commonwealth Court at No. 133 MD 2021 dated January 24, 2023

COURT OF COMMON PLEAS OF                          :
CAMBRIA COUNTY, PENNSYLVANIA,                      :
AND MARY GRACE OLAY IN THE                         :
OFFICIAL CAPACITY AS THE                           :
PROTHONOTARY OF THE COURT OF                       :
COMMON PLEAS OF CAMERON                            :
COUNTY, PENNSYLVANIA, AND KAYLA                    :
M. SEMMEL IN THE OFFICIAL CAPACITY                 :
AS THE PROTHONOTARY OF THE                         :
COURT OF COMMON PLEAS OF                           :
CARBON COUNTY, PENNSYLVANIA, AND                   :
JEREMY S. BREON IN THE OFFICIAL                    :
CAPACITY AS THE PROTHONOTARY OF                    :
THE COURT OF COMMON PLEAS OF                       :
CENTRE COUNTY, PENNSYLVANIA, AND                   :
DEBBIE BOOKMAN IN THE OFFICIAL                     :
CAPACITY AS THE PROTHONOTARY OF                    :
THE COURT OF COMMON PLEAS OF                       :
CHESTER COUNTY, PENNSYLVANIA,                      :
AND JEFFREY HINES IN THE OFFICIAL                  :
CAPACITY AS THE PROTHONOTARY OF                    :
THE COURT OF COMMON PLEAS OF                       :
CLARION COUNTY, PENNSYLVANIA,                      :
AND BRIAN K. SPENCER IN THE                        :
OFFICIAL CAPACITY AS THE                           :
PROTHONOTARY OF THE COURT OF                       :
COMMON PLEAS OF CLEARFIELD                         :
COUNTY, PENNSYLVANIA, AND                          :
CYNTHIA A. LOVE IN THE OFFICIAL                    :
CAPACITY AS THE PROTHONOTARY OF                    :
THE COURT OF COMMON PLEAS OF                       :
CLINTON COUNTY, PENNSYLVANIA,                      :
AND BARBARA N. SILVETTI IN THE                     :
OFFICIAL CAPACITY AS THE                           :
PROTHONOTARY OF THE COURT OF                       :
COMMON PLEAS OF COLUMBIA                           :
COUNTY, PENNSYLVANIA, AND EMMY                     :
ARNETT IN THE OFFICIAL CAPACITY AS                 :
THE PROTHONOTARY OF THE COURT                      :
OF COMMON PLEAS OF CRAWFORD                        :
COUNTY, PENNSYLVANIA, AND DALE E.                  :
SABADISH IN THE OFFICIAL CAPACITY                  :
AS THE PROTHONOTARY OF THE                         :
COURT OF COMMON PLEAS OF                           :
CUMBERLAND COUNTY,                                 :
PENNSYLVANIA, AND MARY J. WALK IN                  :

THE OFFICIAL CAPACITY AS THE                    :
DIRECTOR OF OFFICE OF JUDICIAL                  :
SUPPORT OF THE COURT OF COMMON                  :
PLEAS OF DELAWARE COUNTY,                       :
PENNSYLVANIA, AND NINA CAPUZZI                  :
FRANKHOUSER IN THE OFFICIAL                     :
CAPACITY AS THE PROTHONOTARY OF                 :
THE COURT OF COMMON PLEAS OF                    :
FAYETTE COUNTY, PENNSYLVANIA,                   :
AND DAWN M. MILLIN IN THE OFFICIAL              :
CAPACITY AS THE PROTHONOTARY OF                 :
THE COURT OF COMMON PLEAS OF                    :
FOREST COUNTY, PENNSYLVANIA, AND                :
TIMOTHY SPONSELLER IN THE                       :
OFFICIAL CAPACITY AS THE                        :
PROTHONOTARY OF THE COURT OF                    :
COMMON PLEAS OF FRANKLIN                        :
COUNTY, PENNSYLVANIA, AND PATTY                 :
FIX IN THE OFFICIAL CAPACITY AS THE             :
PROTHONOTARY OF THE COURT OF                    :
COMMON PLEAS OF FULTON COUNTY,                  :
PENNSYLVANIA, AND SUSAN K. WHITE                :
IN THE OFFICIAL CAPACITY AS THE                 :
PROTHONOTARY OF THE COURT OF                    :
COMMON PLEAS OF GREENE COUNTY,                  :
PENNSYLVANIA, AND KAY COONS IN                  :
THE OFFICIAL CAPACITY AS THE                    :
PROTHONOTARY OF THE COURT OF                    :
COMMON PLEAS OF HUNTINGDON                      :
COUNTY, PENNSYLVANIA, AND RANDY                 :
DEGENKOLB IN THE OFFICIAL                       :
CAPACITY AS THE PROTHONOTARY OF                 :
THE COURT OF COMMON PLEAS OF                    :
INDIANA COUNTY, PENNSYLVANIA, AND               :
TONYA S. GEIST IN THE OFFICIAL                  :
CAPACITY AS THE PROTHONOTARY OF                 :
THE COURT OF COMMON PLEAS OF                    :
JEFFERSON COUNTY, PENNSYLVANIA,                 :
AND LORI A. FERRY IN THE OFFICIAL               :
CAPACITY AS THE PROTHONOTARY OF                 :
THE COURT OF COMMON PLEAS OF                    :
JUNIATA COUNTY, PENNSYLVANIA, AND               :
MAURI B. KELLY IN THE OFFICIAL                  :
CAPACITY AS THE PROTHONOTARY OF                 :
THE COURT OF COMMON PLEAS OF                    :
LACKAWANNA COUNTY,                              :

PENNSYLVANIA, AND JIM HADDOCK IN : THE OFFICIAL CAPACITY AS THE : PROTHONOTARY OF THE COURT OF : COMMON PLEAS OF LUZERNE COUNTY, : PENNSYLVANIA, AND THOMAS D. HEAP : IN THE OFFICIAL CAPACITY AS THE : PROTHONOTARY OF THE COURT OF : COMMON PLEAS OF LYCOMING : COUNTY, PENNSYLVANIA, AND LAURA : ISADORE IN THE OFFICIAL CAPACITY AS : THE PROTHONOTARY OF THE COURT : OF COMMON PLEAS OF MCKEAN : COUNTY, PENNSYLVANIA, AND TAMMY : STUCK IN THE OFFICIAL CAPACITY AS : THE PROTHONOTARY OF THE COURT : OF COMMON PLEAS OF MIFFLIN : COUNTY, PENNSYLVANIA, AND : GEORGE WARDEN IN THE OFFICIAL : CAPACITY AS THE PROTHONOTARY OF : THE COURT OF COMMON PLEAS OF : MONROE COUNTY, PENNSYLVANIA, : AND SUSAN N. KAUWELL IN THE : OFFICIAL CAPACITY AS THE : PROTHONOTARY OF THE COURT OF : COMMON PLEAS OF MONTOUR : COUNTY, PENNSYLVANIA, AND HOLLY : RUGGIERO IN THE OFFICIAL CAPACITY : AS THE PROTHONOTARY OF THE : COURT OF COMMON PLEAS OF : NORTHAMPTON COUNTY, : PENNSYLVANIA, AND JAMIE SALESKI IN : THE OFFICIAL CAPACITY AS THE : PROTHONOTARY OF THE COURT OF : COMMON PLEAS OF : NORTHUMBERLAND COUNTY, : PENNSYLVANIA, AND ZOE BURD IN THE : OFFICIAL CAPACITY AS THE : PROTHONOTARY OF THE COURT OF : COMMON PLEAS OF PERRY COUNTY, : PENNSYLVANIA, AND DENISE : FITZPATRICK IN THE OFFICIAL : CAPACITY AS THE PROTHONOTARY OF : THE COURT OF COMMON PLEAS OF : PIKE COUNTY, PENNSYLVANIA, AND : BRIDGET MILLER IN THE OFFICIAL : CAPACITY AS THE PROTHONOTARY OF :

THE COURT OF COMMON PLEAS OF :
SCHUYLKILL COUNTY, PENNSYLVANIA, :
AND STEPHANIE WOLF IN THE OFFICIAL :
CAPACITY AS THE PROTHONOTARY OF :
THE COURT OF COMMON PLEAS OF :
SNYDER COUNTY, PENNSYLVANIA, AND :
ANGIE G. SVONAVEC IN THE OFFICIAL :
CAPACITY AS THE PROTHONOTARY OF :
THE COURT OF COMMON PLEAS OF :
SOMERSET COUNTY, PENNSYLVANIA, :
AND KELLIE CARPENTER IN THE :
OFFICIAL CAPACITY AS THE :
PROTHONOTARY OF THE COURT OF :
COMMON PLEAS OF SULLIVAN COUNTY, :
PENNSYLVANIA, AND MARIE SEYMOUR :
IN THE OFFICIAL CAPACITY AS THE :
PROTHONOTARY OF THE COURT OF :
COMMON PLEAS OF TIOGA COUNTY, :
PENNSYLVANIA, AND DIANE MILLER IN :
THE OFFICIAL CAPACITY AS THE :
PROTHONOTARY OF THE COURT OF :
COMMON PLEAS OF UNION COUNTY, :
PENNSYLVANIA, AND PAULA M. PALMER :
IN THE OFFICIAL CAPACITY AS THE :
PROTHONOTARY OF THE COURT OF :
COMMON PLEAS OF VENANGO :
COUNTY, PENNSYLVANIA, AND JEN :
PHILLIPS IN THE OFFICIAL CAPACITY AS :
THE PROTHONOTARY OF THE COURT :
OF COMMON PLEAS OF WARREN :
COUNTY, PENNSYLVANIA, AND LAURA :
HOUGH IN THE OFFICIAL CAPACITY AS :
THE PROTHONOTARY OF THE COURT :
OF COMMON PLEAS OF WASHINGTON :
COUNTY, PENNSYLVANIA, AND :
EDWARD SANDERCOCK IN THE :
OFFICIAL CAPACITY AS THE :
PROTHONOTARY OF THE COURT OF :
COMMON PLEAS OF WAYNE COUNTY, :
PENNSYLVANIA, AND CHRISTINA :
O'BRIEN IN THE OFFICIAL CAPACITY AS :
THE PROTHONOTARY OF THE COURT :
OF COMMON PLEAS OF :
WESTMORELAND COUNTY, :
PENNSYLVANIA, AND CINDY ADAMS IN :
THE OFFICIAL CAPACITY AS THE :

PROTHONOTARY OF THE COURT OF : 
COMMON PLEAS OF WYOMING : 
COUNTY, PENNSYLVANIA, AND ALLISON : 
BLEW IN THE OFFICIAL CAPACITY AS : 
THE PROTHONOTARY OF THE COURT : 
OF COMMON PLEAS OF YORK COUNTY, 
PENNSYLVANIA, 

                Appellees

## ORDER

**PER CURIAM**                             **DECIDED: October 18, 2023**

       **AND NOW,** this 18th day of October, 2023, the order of the Commonwealth Court

is **AFFIRMED**.